UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

SCOTT L. HUGGETT,

        Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

        Defendant.

Case No. 3:11-cv-476-HA

JUDGMENT

HAGGERTY, District Judge:

    Based upon the record, IT IS HEREBY ORDERED AND ADJUDGED that the decision of the Commissioner is reversed, and this case is remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the accompanying Opinion and Order and the parameters provided therein.

    IT IS SO ORDERED.

    DATED this 27 day of February, 2012.

                                Ancer L. Haggerty
                                United States District Judge

1 -- JUDGMENT